IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUAN PABLO GARNICA,

    Petitioner,

v.                                                                        No. 24-cv-239 SMD/GBW

HECTOR RIOS, Warden, and
ATTORNEY GENERAL FOR
THE STATE OF NEW MEXICO,

    Respondent.

## ORDER OF REFERENCE

In accordance with the provisions of 28 U.S.C. §§ 636(b)(1)(B), (b)(3), and *Va. Beach Fed. Sav. & Loan Ass'n v. Wood*, 901 F.2d 849 (10th Cir. 1990), this matter is referred to Chief Magistrate Judge Gregory B. Wormuth to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend to the Court an ultimate disposition of the case. The Magistrate Judge will submit an analysis, including findings of fact, if necessary, and recommended disposition, to the District Judge assigned to the case, with copies provided to the parties. The parties will be given the opportunity to object to the proposed findings, analysis, and disposition as described in 28 U.S.C. § 636(b)(1). Objections must be filed within fourteen (14) days after being served with a copy of the proposed disposition.

_____
SARAH M. DAVENPORT
UNITED STATES DISTRICT JUDGE