## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JUAN PABLO GARNICA,**

> **Petitioner,**

**v.**                                                        **No. 24-cv-00239-SMD-GBW**

**HECTOR RIOS, Warden, and**
**ATTORNEY GENERAL FOR**
**THE STATE OF NEW MEXICO,**

> **Respondents.**

### ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Gregory B. Wormuth's Proposed Findings and Recommended Disposition (PFRD) entered September 22, 2025. Doc. 11. On October 3, 2025, Petitioner filed a Motion in Opposition to Magistrate[']s Proposed Findings, which the Court construes as Petitioner's timely objections to the PFRD. Doc. 12. Respondent filed a response opposing Petitioner's Motion on October 8, 2025. Doc. 13.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD that have been properly objected to. After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD and the objections, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

In addition, the Court will deny a certificate of appealability under 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2254 Cases because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. Petitioner's objections are OVERRULED and Petitioner's Motion in Opposition to Magistrate[']s Proposed Findings (Doc. 12) is DENIED;

2. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 11) are ADOPTED;

3. Petitioner Juan Pablo Garnica's Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Doc. 1) is DISMISSED WITH PREJUDICE; and

4. A certificate of appealability is DENIED.

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**

2